PFE/RLW: Oct 2024
GJ #4

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| GRAHAM DANIEL ASH | ) |

## INDICTMENT

**COUNT ONE:** [18 U.S.C. §§ 2251(a) and (e)] – Sexual Exploitation of Children

The Grand Jury charges that:

Between on or about September 17, 2023, and September 30, 2023, a more specific date being unknown to the Grand Jury, in Jefferson County, within the Northern District of Alabama, and elsewhere, the defendant,

**GRAHAM DANIEL ASH,**

having previously been convicted under the laws of the State of Alabama of Electronic Solicitation of a Child (Alabama Code Section 13A-6-122) in the Circuit Court for Jefferson County, Alabama, in case number CC-2021-503, did attempt to and did employ, use, persuade, induce, entice, and coerce a minor, who had not attained 18 years of age, specifically **Minor Victim 1**, to engage in sexually explicit

1

conduct for the purpose of producing any visual depiction of such conduct and for the purpose of transmitting a live visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce; using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; and the visual depiction was transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Sections 2251(a) and (e).

**COUNT TWO:** [18 U.S.C. §§ 2251(a) and (e)] – Sexual Exploitation of Children

The Grand Jury charges that:

Between on or about February 28, 2023, and June 2, 2023, a more specific date being unknown to the Grand Jury, in Jefferson County, within the Northern District of Alabama, and elsewhere, the defendant,

**GRAHAM DANIEL ASH,**

having previously been convicted under the laws of the State of Alabama of Electronic Solicitation of a Child (Alabama Code Section 13A-6-122) in the Circuit Court for Jefferson County, Alabama, in case number CC-2021-503, did attempt to and did employ, use, persuade, induce, entice, and coerce a minor, who had not

2

attained 18 years of age, specifically **Minor Victim 2**, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct and for the purpose of transmitting a live visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce; using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; and the visual depiction was transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT THREE: [18 U.S.C. §§ 2251(a) and (e)] – Sexual Exploitation of Children

The Grand Jury charges that:

Between on or about March 25, 2023, and September 28, 2023, a more specific date being unknown to the Grand Jury, in Jefferson County, within the Northern District of Alabama, and elsewhere, the defendant,

**GRAHAM DANIEL ASH,**

having previously been convicted under the laws of the State of Alabama of Electronic Solicitation of a Child (Alabama Code Section 13A-6-122) in the Circuit Court for Jefferson County, Alabama, in case number CC-2021-503, did attempt to

and did employ, use, persuade, induce, entice, and coerce a minor, who had not attained 18 years of age, specifically **Minor Victim 3**, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct and for the purpose of transmitting a live visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce; using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; and the visual depiction was transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Sections 2251(a) and (e).

**COUNT FOUR:** [18 U.S.C. § 2260A]

The Grand Jury charges that:

Between in or about February, 2023, and September, 2023, in Jefferson County, within the Northern District of Alabama, the defendant,

**GRAHAM DANIEL ASH,**

an individual required by Federal or other law to register as a sex offender, committed a felony offense involving a minor under Title 18, United States Code, § 2251(a) and (e), all in violation of Title 18, United States Code § 2260A.

## COUNT FIVE: [18 U.S.C. §§ 2252A(a)(1) and (b)(1)] – Transportation of Child Pornography

The Grand Jury charges that:

In or about February 2023, in Jefferson County, within the Northern District of Alabama, and elsewhere, the defendant,

**GRAHAM DANIEL ASH,**

having previously been convicted under the laws of the State of Alabama of Electronic Solicitation of a Child (Alabama Code Section 13A-6-122) in the Circuit Court for Jefferson County, Alabama, in case number CC-2021-503, knowingly attempted to and did transport any child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Sections 2252A(a)(1) and (b)(1).

## COUNT SIX: [18 U.S.C. § 2422(b)] – Coercion and Enticement of a Minor

The Grand Jury charges that:

Between on or about September 17, 2023, and September 30, 2023, a more specific date being unknown to the Grand Jury, in Jefferson County, within the Northern District of Alabama, and elsewhere, the defendant,

**GRAHAM DANIEL ASH,**

5

did use a facility and means of interstate and foreign commerce to knowingly persuade, induce, entice, and coerce any individual who had not attained the age of 18 years, to wit: **Minor Victim 1**, to engage in any sexual activity for which any person could be charged with a criminal offense, namely, Sexual Exploitation of Children in violation of 18 U.S.C. § 2251(a), all in violation of Title 18, United States Code, Section 2422(b).

## COUNT SEVEN: [18 U.S.C. § 2422(b)] – Coercion and Enticement of a Minor

The Grand Jury charges that:

Between on or about February 28, 2023, and June 2, 2023, a more specific date being unknown to the Grand Jury, in Jefferson County, within the Northern District of Alabama, and elsewhere, the defendant,

**GRAHAM DANIEL ASH,**

did use a facility and means of interstate and foreign commerce to knowingly persuade, induce, entice, and coerce any individual who had not attained the age of 18 years, to wit: **Minor Victim 2**, to engage in any sexual activity for which any person could be charged with a criminal offense, namely, Sexual Exploitation of Children in violation of 18 U.S.C. § 2251(a), all in violation of Title 18, United States Code, Section 2422(b).

## COUNT EIGHT: [18 U.S.C. § 2422(b)] – Coercion and Enticement of a Minor

The Grand Jury charges that:

6

Between on or about March 25, 2023, and September 28, 2023, a more specific date being unknown to the Grand Jury, in Jefferson County, within the Northern District of Alabama, and elsewhere, the defendant,

**GRAHAM DANIEL ASH,**

did use a facility and means of interstate and foreign commerce to knowingly persuade, induce, entice, and coerce any individual who had not attained the age of 18 years, to wit: **Minor Victim 3**, to engage in any sexual activity for which any person could be charged with a criminal offense, namely, Sexual Exploitation of Children in violation of 18 U.S.C. § 2251(a), all in violation of Title 18, United States Code, Section 2422(b).

**COUNT NINE:** **[18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2)]**

The Grand Jury charges that:

On or about October 3, 2023, in Jefferson County, within the Northern District of Alabama, the defendant,

**GRAHAM DANIEL ASH,**

having previously been convicted under the laws of the State of Alabama of Electronic Solicitation of a Child (Alabama Code Section 13A-6-122) in the Circuit Court for Jefferson County, Alabama, in case number CC-2021-503, did knowingly possess and access with intent to view a computer, computer disk, or any other material that contains an image of child pornography, as defined in Title 18, United States Code, Section 2256(8), that involved a minor who had not attained 12 years

of age, that has been mailed, shipped, and transported using any means and facility of interstate and foreign commerce and that was produced using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

**COUNT TEN**: [18 U.S.C. §§ 2252A(a)(1) and (b)(1)] – Transportation of Child Pornography

The Grand Jury charges that:

In or about March 2023, in Jefferson County, within the Northern District of Alabama, and elsewhere, the defendant,

**GRAHAM DANIEL ASH,**

having previously been convicted under the laws of the State of Alabama of Electronic Solicitation of a Child (Alabama Code Section 13A-6-122) in the Circuit Court for Jefferson County, Alabama, in case number CC-2021-503, knowingly attempted to and did transport any child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any

means, including by computer, in violation of Title 18, United States Code, Sections 2252A(a)(1) and (b)(1).

A TRUE BILL

/s/ Electronic Signature
_____
FOREPERSON OF THE GRAND JURY

PRIM F. ESCALONA
United States Attorney

/s/ Electronic Signature
_____
R. LEANN WHITE
Assistant United States Attorney

A TRUE COPY
GREER M. LYNCH, CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
BY: /s/ K. Bowie
DEPUTY CLERK